IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

POWER & TELEPHONE SUPPLY )
COMPANY, INC., )
 )
    Plaintiff, )
 )
v. ) No. 03-2217 Ml/V
 )
SUNTRUST BANKS, INC., SUNTRUST )
BANK, SUNTRUST BANK-ATLANTA, )
SUNTRUST BANK-NASHVILLE, N.A., )
SUNTRUST EQUITABLE SECURITIES )
CORPORATION, and )
SUNTRUST CAPITAL MARKETS, INC., )
 )
    Defendants. )

---

ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TRIAL DATE TO MAY 25, 2005

---

Before the Court is Defendants' Motion to Change Trial Date to May 25, 2005. Good cause having been shown, the trial in this case shall begin on <u>Wednesday, May 25, 2005</u>.

So ORDERED this 2 day of May, 2005.

                JON P. McCALLA
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 322 in case 2:03-CV-02217 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

John C. Speer
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

S. Lawrence Polk
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street N.E.
Atlanta, GA 30309--399

Elena C. Parent
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street N.E.
Atlanta, GA 30309--399

Sara Margaret Falkinham
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Jon McCalla
US DISTRICT COURT