IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 AM 8:16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| POWER & TELEPHONE SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Plaintiff and Counter-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 03-2217 M1/V |
| SUNTRUST BANKS, INC., SUNTRUST BANK, SUNTRUST BANK-ATLANTA, SUNTRUST BANK-NASHVILLE, N.A., SUNTRUST EQUITABLE SECURITIES CORPORATION, and SUNTRUST CAPITAL MARKETS, INC., | ) | |
| | ) | |
| Defendants and Counter-Plaintiffs. | ) | |

---

### JUDGMENT

---

**JUDGMENT BY COURT.** This cause came on for consideration by the Court on cross motions for summary judgment and, upon the granting of Defendants' motion for summary judgment, on Defendant's application for attorney's fees.  The issues have been considered and decisions rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendants' Motion for Summary Judgment, entered May 10, 2005, the Order Granting in Part and Denying in Part Plaintiff's Motion to Dismiss Defendants' Counterclaim for Indemnification and Order Granting Defendants' Motion for Summary Judgment Regarding Defendants' Counterclaim for Indemnification, entered May 10, 2005, and the Order Granting in Part and Denying in Part Defendants/Counterclaim Plaintiffs' Application for Attorney's Fees, entered July 25, 2005, judgment is hereby entered as follows:

all claims by Plaintiff Power and Telephone Supply Company, Inc., are hereby DISMISSED WITH PREJUDICE, and

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on  8-29-05

378

a judgment for fees and expenses in the amount of
$802,535.93 be and is hereby entered in favor of Defendants
and against Plaintiff Power and Telephone Supply Company,
Inc.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

_____
Date

_____
THOMAS M. GOULD

Clerk of Court

_____
(By)   Deputy Clerk

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 378 in case 2:03-CV-02217 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

John C. Speer
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

S. Lawrence Polk
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street N.E.
Atlanta, GA 30309--399

Elena C. Parent
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street N.E.
Atlanta, GA 30309--399

Sara Margaret Falkinham
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Jon McCalla
US DISTRICT COURT